UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO LARA-CASTRO,<br>Petitioner,<br>v.<br>TODD LYONS, et al.,<br>Respondents. | No. 1:26-cv-01938-DAD-SCR (HC)<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS</u><br><br>(Doc. No. 20) |

Petitioner Roberto Lara-Castro is a former federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2026, the assigned magistrate judge issued findings and recommendations recommending that petitioner's petition for writ of habeas corpus (Doc. No. 1) be dismissed. (Doc. No. 20.) Specifically, the magistrate judge found that petitioner has been released and his habeas petition is accordingly moot. (*Id.* at 2.) The magistrate judge found that petitioner's counsel's desire to seek attorneys' fees pursuant to the Equal Access to Justice Act was ancillary to the petition and did not prevent the petition from having been rendered moot. (*Id.* at 2–3.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3.) On June 11, 2026, petitioner filed his objections to the pending findings and recommendations.

Petitioner argues that this action should not be dismissed so counsel can pursue a motion for award of attorneys' fees. (Doc. No. 21 at 1–2.) Alternatively, petitioner requests the court "expressly" retain jurisdiction to consider petitioner's motion for attorneys' fees. (*Id.* at 2.) In this regard, petitioner's arguments reiterate arguments already properly rejected by the findings and recommendations and the court need not "expressly" retain jurisdiction because the court "retains equitable jurisdiction [over motions for attorneys' fees] even when the underlying case is moot." *Zucker v. Occidental Petroleum Corp.*, 192 F.3d 1323, 1329 (9th Cir. 1999). Accordingly, the court rejects petitioner's objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on June 10, 2026 (Doc. No. 20) are ADOPTED IN FULL;
2. Petitioner's petition for writ of habeas corpus (Doc. No. 1) is DISMISSED as having been rendered moot; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **July 10, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE